UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MARK SCHADT, | ) | 2:11-CV-01885-PMP-GWF |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| ATAL BANSAL, an individual; | ) | |
| CHETU, INC., a Florida corporation, | ) | |
| | ) | |
| Defendants. | ) | |

On January 3, 2012, this Court entered an Order (Doc. #19) scheduling a hearing on February 22, 2012 to consider a variety of pending motions.  Having read and considered each of the motions at issue, the Court finds it unnecessary to conduct a hearing thereon.

**IT IS THEREFORE ORDERED** that this Court's Order (Doc. #19) and the hearing previously scheduled for February 22, 2012, are hereby **VACATED**

**IT IS FURTHERED ORDERED** that Defendants' Motion to Strike (Doc. #10) is **GRANTED**.

**IT IS FURTHERED ORDERED** that Defendants' Motion to Set Aside (Doc. #13) Clerk's Entry of Default (Doc. #14) is **GRANTED**.

**IT IS FURTHERED ORDERED** that Plaintiff's Counter-Motion for Default Judgment (Doc. #18) is **DENIED**.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**IT IS FURTHERED ORDERED** that Defendants' Motion to Consolidate Cases and Request for Temporary Stay of Proceedings (Doc. #5) is **DENIED**.

**IT IS FURTHERED ORDERED** that Defendants shall, not later then **February 9, 2012**, file an Answer to Plaintiff's Complaint.

DATED:  January 18, 2012.

_____
PHILIP M. PRO
United States District Judge